**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00396-CV**

_____

**IN RE TETRA TECHNOLOGIES, INC. AND TETRA APPLIED TECHNOLOGIES, LLC**

_____

**Original Proceeding**

_____

**ORDER**

Tetra Technologies, Inc. and Tetra Applied Technologies, LLC filed a petition for writ of mandamus. The relators are defendants in Cause No. 12-07-08032 CV, *Dexter S. Reed v. Tetra Technologies, Inc., et al.* Relators seek a writ compelling the Honorable Cara Wood, Judge of the 284th District Court, to vacate an August 2, 2013 order compelling the relators to pay all expenses related to a surgical procedure recommended in a doctor's report dated March 26, 2013. We

1

note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

Relators allege that prejudice will result if the order is enforced before the issues raised in the petition for writ of mandamus can be resolved.

The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's order of August 2, 2013, in Cause No. 12-07-08032 CV is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relators as a condition to any relief herein granted.

The response of the real party in interest, Dexter S. Reed, is due on or before September 9, 2013, at 5:00 p.m.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED August 29, 2013.

PER CURIAM

Before McKeithen, C.J., Gaultney and Kreger, JJ.

2